No. 97–1971. Biltmore Forest Radio, Inc. v. Federal Communications Commission et al.; Biltmore Forest Radio, Inc. v. Federal Communications Commission et al.; and Willsyr Communications v. Federal Communications Commission

ET AL. C. A. D. C. Cir. Certiorari denied.